**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117343
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Judeline S. Joseph, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Aldous & Associates, PLLC,

Defendant.

Docket No: 1:20-cv-00732-WFK-PK

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: April 16, 2020

BARSHAY SANDERS, PLLC

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 117343
*Attorneys for Plaintiff*

---

The application is ✓ granted. ~~denied.~~
SO ORDERED

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: April 21, 2020
Brooklyn, New York